BERNICE LANE, Appellant, v. EPSTEIN'S EDCO PROCESS DRY CLEANING CO., INC., et al., Respondents.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.